BRM:ass

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### FORT LAUDERDALE DIVISION
CASE NO. **00 - 6089** CR-ROETTGER

MAGISTRATE JUDGE
SNOW

IN RE: GRAND JURY 98-02 FTL )
_____ )

## MOTION TO SEAL

The United States of America, by and through the undersigned Assistant United States

Attorney, moves this Honorable Court for an Order sealing the Indictment, Penalty Sheet, Certificate

of Trial Attorney, Arrest Warrant, Motion to Seal and Sealing Order, with the exception that copies

of the Warrant for Arrest be provided to the U.S. Marshal's Service and the United States Secret

Service with respect to the above-captioned matter until such time as the defendant is arrested or

further order the Court. The government is requesting this indictment be sealed because it believes

the defendant may flee if he becomes aware of the pending indictment.

Respectfully submitted,

THOMAS E. SCOTT
UNITED STATES ATTORNEY

BERTHA R. MITRANI
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 88171
500 East Broward Blvd., Suite 700
Fort Lauderdale, Florida 33394
Telephone: (954) 356-7255 Ext. 3511
Facsimile: (954) 356-7336