BRM:ass

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6089

IN RE: GRAND JURY 98-02 FTL )
_____ )

### ORDER TO SEAL

This cause came before this Court on the Government's Motion to Seal. The Court being fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the government's motion is hereby granted, and the Clerk of the Court shall seal the Indictment, Penalty Sheet, Certificate of Trial Attorney, Warrant for Arrest, Motion to Seal and Sealing Order, with the exception of copies of the Warrant for Arrest be provided to the U.S. Marshal's Service and the United States Secret Service, until the defendant is arrested or further order of the Court.

DONE AND ORDERED at Fort Lauderdale, Florida, this ____ day of April, 2000.

_____
LURANA S. SNOW
CHIEF UNITED STATES MAGISTRATE JUDGE