UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6089 CR-ROETTGER

18 U.S.C. § 1029(a)(2)
18 U.S.C. § 1029(b)(2)
18 U.S.C. § 2

MAGISTRATE JUDGE SNOW

UNITED STATES OF AMERICA

v.

ALEXANDRE PEREIRA,
and
ROBERT STEELE,

   Defendants.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT I

1. From on or about July 23, 1999, the exact date being unknown to the Grand Jury, and continuing to at least on or about December 11, 1999, in Broward County, in the Southern District of Florida, and elsewhere, the defendants,

**ALEXANDRE PEREIRA
and
ROBERT STEELE,**

did knowingly and intentionally combine, conspire, confederate, and agree with each other and with other persons unknown to the Grand Jury, to commit access device fraud, that is, to knowingly, willfully and with intent to defraud, use one or more unauthorized access devices during a one-year period, and by such conduct, to receive payment and things of value during a one-year period

aggregating more than $1000.00 during that period, said use affecting interstate commerce, in violation of Title 18, United States Code, Section 1029(a)(2).

### PURPOSE AND OBJECT

2.   It was the purpose and object of the conspiracy for the defendants to unlawfully enrich themselves by making unauthorized transactions with credit card numbers which they had obtained by unlawful means.

### MANNER AND MEANS

The manner and means by which the defendants sought to accomplish the object of the conspiracy included the following:

3.   Defendant Alexandre PEREIRA would obtain Visa, Mastercard, and American Express credit card account numbers of unwitting account holders.

4.   Defendants Alexandre PEREIRA and Robert STEELE would use the unlawfully obtained credit card numbers to make unauthorized transactions through a corporation known as ENCHANTED ENTERTAINMENT INC. ("EEI"). Once the amount of the transaction was credited to the merchant account, the defendants would withdraw, or cause to be withdrawn, the funds from the merchant account.

### OVERT ACTS

In furtherance of the conspiracy and to effect its purpose, at least one of the coconspirators committed or caused to be committed at least one of the following overt acts, among others, in the Southern District of Florida, and elsewhere:

5.   On or about September 28, 1999, defendant Robert STEELE executed a signature card with First Southern Bank, replacing Wendy Butler as the signator on EEI's account.

6. On or about December 9, 1999, defendant Robert STEELE, executed Check Number 1080, drawn on EEI's account, in the amount of one thousand three hundred thirty-eight dollars and forty-five cents ($1,338.45) and which was made payable to "Cash."

7. On or about December 10, 1999, defendant Alexandre PEREIRA executed Check Number 1080, drawn on EEI's account, in the amount of one thousand three hundred thirty-eight dollars and forty-five cents ($1,338.45) and which was made payable to "Cash."

All in violation of Title18, United States Code, Section1029(b)(2).

## COUNT II

8. The allegations set forth in paragraphs 1 through 7 of this Indictment are re-alleged and incorporated by reference as though fully set forth herein.

9. From on or about October 15, 1999, the exact date being unknown to the Grand Jury, and continuing to at least on or about December 11, 1999, at Broward County in the Southern District of Florida, and elsewhere, the defendants,

**ALEXANDRE PEREIRA**
**and**
**ROBERT STEELE,**

did knowingly, willfully and with intent to ~~fraud~~ defraud [handwritten], use one or more unauthorized access devices, that

3

is, unauthorized Visa, Mastercard and American Express credit card account numbers, and by such conduct did obtain something of value, aggregating more than $1,000.00 during a one-year period, said use affecting interstate commerce, in violation of Title 18, United States Code, Sections 1029(a)(2) and 2.

A TRUE BILL

_____
FOREPERSON


_____
THOMAS E. SCOTT
UNITED STATES ATTORNEY

_____
BERTHA R. MITRANI
ASSISTANT UNITED STATES ATTORNEY

4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA         CASE NO. _____

v.

ALEXANDRE PEREIRA, et al.        **CERTIFICATE OF TRIAL ATTORNEY***

**Court Division**: (Select One)

**Superseding Case Information**:
New Defendant(s)        Yes ___   No ___
Number of New Defendants        ___
Total number of counts        ___

___ Miami    ___ Key West
_X_ FTL      ___ WPB    ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the indictment/information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No) __ Yes, for Alexandre Pereira __
   List language and/or dialect __ Spanish __

4. This case will take _2-3_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)            (Check only one)

   I    0 to 5 days      _X_      Petty       ___
   II   6 to 10 days     ___      Minor       ___
   III  11 to 20 days    ___      Misdem.     ___
   IV   21 to 60 days    ___      Felony      _X_
   V    61 days and over ___

6. Has this case been previously filed in this District Court? (Yes or No) _No_
   If yes:
   Judge: _____ Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter?(Yes or No) __ No __
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _Pereira is in custody as of 2/11/00_
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No) __ No __

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999?  ___ Yes _X_ No  If yes, was it pending in the Central Region? ___ Yes ___ No

                              _____
                              BERTHA R. MITRANI
                              ASSISTANT UNITED STATES ATTORNEY
                              Florida Bar No. 88171

*Penalty Sheet(s) attached                                    REV.4/7/99

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# PENALTY SHEET

Defendant's Name: ROBERT STEELE   No.: 00-6042-CR-ZLOCH(s)

Counts # I

Conspiracy to commit credit card fraud; in violation of 18 U.S.C. § 1029 (b)(2)

*Max Penalty: 5 years' imprisonment; $ 250,000 fine

Count # : II

Credit Card Fraud;   in violation of 18 U.S.C. § 1029 (a)(2)

*Max Penalty: 10 years' imprisonment; $250,000 fine

Count # :

*Max Penalty:

Count #:

*Max Penalty:

Count # :

*Max Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**

REV. 12/12/96