UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

4-13-00

UNITED STATES OF AMERICA

vs                                           CASE NO. 00-6089-CR-
                                                       Roettger
Robert Steele,
_____/

O R D E R

THIS CAUSE is before the Court upon oral motion of the government to unseal the indictment in the above-named case. The government's motion is GRANTED and it is hereby

ORDERED AND ADJUDGED that the indictment be unsealed as to all defendants.

DONE AND ORDERED at Fort Lauderdale, Florida, this 13 day of April, 2000.

_____
BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE