UNITED STATES DISTRICT COURT
Southern District of Florida

FILED BY
APR 1 9 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

U.S. Marshal # 55200-004

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff | ) Case Number: CR 00-6089-CR-NCR |
| | ) REPORT COMMENCING CRIMINAL |
| -vs- | ) ACTION |
| ALEXANDRE PEREIRA | ) |
| Defendant | ) |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

TO: Clerk's Office    MIAMI    FT. LAUDERDALE    W. PALM BEACH
    U.S. District Court        (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
All items are to be completed.  Information not applicable or
unknown will be indicated "N/A".                    IA 4-20-00

(1)  Date and Time of Arrest: 2-11-2000 am/pm

(2)  Language Spoken: _____

(3)  Offense (s) Charged: FRAUD-UNAUTHERIZED USE
     OF ACCESS DEVICE.

(4)  U.S. Citizen  [ ] Yes   [X] No  [ ] Unknown

(5)  Date of Birth: _____

(6)  Type of Charging Document:  (check one)
     [ ] Indictment  [ ] Complaint  To be filed/Already filed
     Cases: _____  _____

     [ ] Bench Warrant for Failure to Appear
     [ ] Probation Violation Warrant
     [ ] Parole Violation Warrant

     Originating District: _____ SD/FL. _____

     COPY OF WARRANT LEFT WITH BOOKING OFFICER  [ ]YES [ ]NO

Amount of Bond: $ _____
Who set Bond: _____

(7)  Remarks: _____
     _____

(8)  Date: _____ (9) Arresting Officer: AGENT FRENCH

(10) Agency: SECRET SERVICE  (11) Phone: _____

(12) Comments: USMS CUSTODY

15
DM