# COURT MINUTES
## U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: Alexandre Pereira (J)#  CASE NO: 00-6089-CR-Roettger

AUSA: Bertha Mitrani / Rosenbaum   ATTNY: SAM Rabin - woman from R office

AGENT: ___   VIOL: ___

PROCEEDING: Initial Appearance   BOND REC: PTD  standing in

BOND HEARING HELD - yes/no   COUNSEL APPOINTED: ___

FILED APR 20 2000  CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.

BOND SET @ ___

CO-SIGNATURES: ___

SPECIAL CONDITIONS: ___

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: ___
11) Travel extended to: ___
12) ___ Halfway House: ___
    ___ Electronic Monitoring

1 - advised of charges

Portuguese

Reading of indictment waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

1 - PTD deferred - until resolution of case 00-6042 2100 -
Atty Rabin will contact court

NEXT COURT APPEARANCE:   DATE:   TIME:   JUDGE:

INQUIRY RE COUNSEL: ___
PTD/BOND HEARING: ___
PRELIM/ARRAIGN. OR REMOVAL: 5/9/00  11:00am  BSS
STATUS CONFERENCE: ___
DATE: 4-20-00   TIME: 11:00am   TAPE # 00-030   PG # 6

2260

1/DM