**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 00-6089-CR-Roettger

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Alexandre Pereira

    Defendant.

RECEIVED & FILED IN OPEN COURT
ON 4-20-00
AT ___ FLA.

ORDER ON INITIAL APPEARANCE

Language ~~English~~ Portuguese
Tape No. 00-030
AUSA Mitrani / Rosenbaum
Agent _____

The above-named defendant having been arrested on 4-20-00, having appeared before the court for initial appearance on 4-20-00, and proceedings having been held in accordance with F.R.C.P. 5 or 40(a), it is thereupon ORDERED as follows:

1. SAM RABIN appeared as permanent/temporary counsel of record.
   Address: _____
   Zip Code: _____ Telephone: _____

2. _____ appointed as permanent counsel of record.
   Address: _____
   Zip Code: _____ Telephone: _____

3. The defendant shall attempt to retain counsel and shall appear before the court at _____ on _____, 19___.

4. Arraignment/~~Preliminary/Removal~~/Identity hearing is set for *held*, 19___.

5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. 3142(d) or (f) because _____

   A detention hearing, pursuant to 18 U.S.C. 3142(f), is set for _____, 19___.

6. The defendant shall be released from custody upon the posting of the following type of appearance bond, pursuant to 18 U.S.C. 3142: *No hearing — defer hearing until resolution of 00-6040-CR-Zloch where he is detained*

This bond shall contain the standard conditions of bond printed in the bond form of this Court and, in addition, the defendant must comply with the special conditions checked below:

    a. Surrender all passports and travel documents to the Pretrial Services Office of the Court.

    b. Report to Pretrial Services as follows: ___ times a week by phone ___ times a week in person; other: _____

    c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances prohibited by law.

    d. Maintain or actively seek full-time gainful employment.

    e. Maintain or begin an educational program.

    f. Avoid all contact with victims of or witnesses to the crimes charged.

    g. Refrain from possessing a firearm, destructive device or other dangerous weapon.

    h. Comply with the following curfew: _____

— 1 —

SD/FLM-1
Rev.12/95

_____ j. Comply with the following additional special conditions of this bond: _____

_____

_____

This bond was set :   At Arrest       _____

                    On Warrant     _____

                    After Hearing  _____

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is _____

_____

____ If this space is checked, an evidentiary hearing pursuant to *United States v. Nebbia*, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

    DONE AND ORDERED at Ft. Lauderdale this   20   day of   April   , 20 00 .

_____
UNITED STATES MAGISTRATE JUDGE

DISTRIBUTION:
    WHITE to Court file
    BLUE to defendant
    GREEN to Assistant U.S. Attorney
    YELLOW to Counsel
    PINK to U.S. Marshal
    GOLD to Pretrial Services