

```
                              UNITED STATES DISTRICT COURT
                              SOUTHERN DISTRICT OF FLORIDA
                              CASE NO. 00-6089-CR-Roettger
UNITED STATES OF AMERICA
         vs
Alexandre Pereira             ARRAIGNMENT INFORMATION SHEET
```

　　The above named Defendant appeared before Magistrate Judge Barry S Seltzer on     4-20-00    , where the Defendant was arraigned and plea of NOT GUILTY was entered. Defendant and c̶o̶u̶r̶t̶ ̶a̶p̶p̶o̶inted/retaine counsel of record will be noticed for trial by the District Court Judg assigned to this case. The following information is current as of this date

DEFENDANT:　　　　Address: ___In custody___

　　　　　　　　　Telephone: _____

DEFENSE COUNSEL:　Name: ___Sam Rabin___

　　　　　　　　　Address: _____

　　　　　　　　　Telephone: _____

BOND SET/CONTINUED: $___PTD hearing deferred until resolution of case 00-6042-CR-Zloch in which deft detained___

Bond hearing held: yes____ no _X_ Bond hearing set for_____

Dated this __20__ day of __April__, 20_00_.

```
                              CLARENCE MADDOX
                              COURT ADMINISTRATORY CLERK

                              By: [signature]
                                  Deputy Clerk
                              Tape No. __00-030__
```

cc: Clerk for Judge
　　U. S. Attorney