Case 0:00-cr-06089-WJZ   Document 19   Entered on FLSD Docket 04/24/2000   Page 1 of 1

4-20-00

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6089-CR-NCR

UNITED STATES OF AMERICA,   :

v.                          :     **NOTICE OF PERMANENT**
                                  **APPEARANCE AS COUNSEL**
*Alexandre Pereira*         :     **OF RECORD**
                            :

COMES NOW _Samuel J. Rabin, Jr._, and files this appearance as counsel for the above named defendant(s). Counsel agrees to represent the defendant(s) for all proceedings arising out of the transaction with which the defendant(s) is presently charged in the United States District Court in and for the Southern District of Florida.

Counsel hereby states that this appearance is unconditional and in conformity with the requirements of Local General Rule 11.1(D) and Rule 4 of the Special Rules Governing the Admission and Practice of Attorneys.

Counsel acknowledges responsibility to advise the defendant(s) of the right of appeal, to file a timely notice of appeal if requested to do so by the defendant(s), and to pursue that appeal unless relieved by Court Order.

**FEE DISPUTES BETWEEN COUNSEL AND CLIENT SHALL NOT BE A BASIS FOR WITHDRAWAL FROM THIS REPRESENTATION.**

DATED: 4/20/00

Attorney: Samuel J. Rabin, Jr.
Address: 800 Brickell Plaza, Ste 600
City: Miami   State: FL   Zip: 33131
Telephone: (305) 358-1064
Florida Bar No. 273831

The undersigned defendant(s) hereby consent(s) to the representation of the above counsel.

_Alixandre Pereira_