DEFT: _____ Alexandre Pereira (no deft) _____ CASE NO: 00-6089-CR-Roettger

AUSA: _____ Bertha Mitrani *present* _____ ATTNY: _____ Sam Rabin *present*

AGENT: _____ VIOL: _____

PROCEEDING: _____ Status Conference _____ BOND REC: _____

BOND HEARING HELD - yes/no      COUNSEL APPOINTED: _____

_____ BOND SET @ _____

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

FILED by _____ D.C.

MAY 9 2000

CLARENCE MADDOX
CLERK U S. DIST. CT.
S D OF FLA. FT. LAUD.

1) Do not violate any law.

2) Appear in court as directed.

3) Surrender and/or do not obtain passports/travel documents.

4) Rpt. to PTS as directed /or _____ x's a week/month by phone; _____ x's a week/month in person.

5) Random urine testing by Pretrial Services. Treatment as deemed necessary.

6) Maintain or seek full-time employment.

7) Maintain or begin an educational program.

8) No contact with victims/witnesses.

9) No firearms.

10) Curfew: _____

11) Travel extended to: _____

12) _____ Halfway House
_____ Electronic Monitoring

*Discovery out*
*No motion*
*possible plea*
*Govt ready*

**NEXT COURT APPEARANCE:** _____ DATE: _____ TIME: _____ JUDGE: _____

INQUIRY RE COUNSEL: _____

PTD/BOND HEARING: _____

PRELIM/ARRAIGN. OR REMOVAL: _____

STATUS CONFERENCE: _____

DATE: _____ 5-9-00 _____ TIME: _____ 11:00am _____ TAPE # _____ 00-033 PG # 1855 --- 1927