UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6089-CR-ROETTGER

UNITED STATES OF AMERICA,

VS.

ALEXANDRE PEREIRA,

         Defendant.
_____/

## STATUS REPORT

A status conference was held in this cause on May 9, 2000. At that conference, the parties informed the Court as follows:

1.    The Government indicated that it has complied with its obligations under the Standing Discovery Order and there are no motions currently pending. The Government further represented that it is ready to proceed and that this matter would require two to three days to try. The Government, however, informed the Court that this matter will probably be resolved by way of a change of plea.

2.    Defense counsel informed the Court that he has received the Government's discovery response and that this matter will probably be resolved by way of a change of plea. He further informed the Court that a Portugese interpreter will be needed for any

1

further proceedings involving the defendant.

DATED at Fort Lauderdale, Florida this _____ day of May 2000.

BARRY S. SELTZER
United States Magistrate Judge

Copies to:

Honorable Norman C. Roettger
United States District Judge

Bertha Mitrani, Esquire
Assistant United States Attorney

Samuel Rabin, Esquire
799 Brickell Plaza, Suite 606
Miami, Florida 33131-2808
Attorney for Defendant