**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA,

    Plaintiff,          Case No.:00-6089-CR-ROETTGER

v.

ALEXANDRE PEREIRA        **ORDER OF TRANSFER**
and ROBERT STEELE,

    Defendants. _____/



**THIS CAUSE** is before the court upon the joint motion of the Government and Defendant Pereira to consolidate this cause as it relates to Defendant Pereira only with the lower numbered case, 00-6042-CR-ZLOCH, currently pending before The Honorable Judge William J. Zloch.

Defendant Pereira is under indictment in that case, awaiting trial. The parties submit that Judge Zloch's lower numbered case and the above numbered case are similar, having arisen from a common scheme or plan and involving similar factual scenarios related to credit card fraud.

Accordingly, as it appears that Defendant Pereira's involvement in the above numbered case is similar to his involvement 00-6042-CR-ZLOCH, subject to consent hereinbelow, it is

**ORDERED AND ADJUDGED** that the joint motion to consolidate the above numbered case, 00-6089-CR-ROETTGER, with 00-6042-CR-ZLOCH, is **GRANTED** as to Defendant Pereira only. This cause as it

relates to that Defendant is hereby transferred to the calendar of the Honorable Judge William J. Zloch for all further proceedings. Case number 00-6089-CR-ROETTGER remains pending before the undersigned, however, as to the other Defendant, Robert Steele.

**DONE AND ORDERED** in chambers at Fort Lauderdale, Florida, this ___/___ day of ____June____, 2000.

NORMAN C. ROETTGER
UNITED STATES DISTRICT COURT JUDGE

After reviewing the Court file in the above numbered cause, the undersigned accepts transfer of Defendant Pereira. Therefore, it is

**ORDERED** that all pleadings involving Defendant Pereira only shall bear the following Case No.: 00-6042-CR-ZLOCH, thereby indicating the Judge to whom all pleadings should be routed or otherwise brought for attention.

**THE FOREGOING** transfer is herewith accepted this ___2nd___ day of ___June___, 2000.

UNITED STATES DISTRICT COURT JUDGE

cc: counsel of record