UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

FILED by ___ D.C.
JUN 19 2000

CASE NUMBER 00-6042-CR-Zloch / 00-6089-CR-Zloch   DATE 6-19-00
CLERK Carlne Newkey   REPORTER Carl Scherzler
PROBATION _____   INTERPRETER Ana Farias

UNITED STATES OF AMERICA v. Alexandre Pereira

U. S. ATTORNEY Bertha Mitrani   DEFT COUNSEL Samuel Rabin

DEFENDANT: (PRESENT)   NOT PRESENT   ON BOND   (IN CUSTODY)

REASON FOR HEARING Change of Plea to Count 1 of 00-6042-CR & Count 1 of 00-6089-C

RESULT OF HEARING Court will not accept pleas

JUDGMENT Court will not accept any pleas - Together, Noon - Tues Aug 1, 2000 in Case No: 00-6042-CR-Zloch - Will send Case No: 00-6089-CR back to Judge Roettger

CASE CONTINUED TO 8-11-200   TIME 9:00   FOR Calendar Call

MISC

38