UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6089-CR-ZLOCH

UNITED STATES OF AMERICA

    Plaintiff

       V.                       O R D E R

ALEXANDRE PEREIRA

    Defendant

_____

    THIS MATTER is before the Court upon Order of Transfer (filed June 2, 2000) transferring defendant ALEXANDRE PEREIRA to this Court for a Plea.

    This matter having come before the Court on June 19, 2000 for a change of plea and the Court not having accepted the plea, it is

    ORDERED AND ADJUDGED that the defendant ALEXANDRE PEREIRA is hereby transferred back to the Honorable Norman C. Roettger for all further proceedings.

    DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this _____ day of June, 2000.

                                        WILLIAM J. ZLOCH
                                        United States District Judge

cc:
Honorable Norman C. Roettger
Bertha Mitrani, Esq., AUSA
Samuel Rabin, Esq.



CASE:      0:00-cr-06090
DOCUMENT: 58
DATE:      06/22/00

CLERK:     lh

SOTO.PLEA

6-21-00
Ft. Lavd

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6090-CR-ZLOCH

UNITED STATES OF AMERICA,    )
                             )
              Plaintiff,     )
                             )
-vs-                         )
                             )
BERNAL SOTO,                 )
                             )
              Defendant.     )
_____ )

PLEA AGREEMENT

The United States of America and BERNAL SOTO (hereinafter referred to as the "defendant") enter into the following agreement:

1.    The defendant agrees to plead guilty to Count **B** of the indictment, which count charges the defendant with conspiracy to possess with intent to distribute cocaine, in violation of 21 U.S.C. §846 and §841(a)(1). The United States will dismiss the remaining counts of the indictment against defendant at the time of sentencing.

2.    The United States agrees that it will recommend at sentencing that the court reduce by three levels the sentencing guideline level applicable to the defendant's offense, pursuant to Section 3E1.1 of the Sentencing Guidelines, based upon the


58