FILED
JUL 2 7 2000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

CASE NUMBER OO-6088-CR-Roettger/Zloch   DATE 7-27-00
CLERK Carline Newby   REPORTER Carl Schanzler
PROBATION   INTERPRETER Portuguese Marber Paravini

UNITED STATES OF AMERICA v. Alexandre Pereira

U. S. ATTORNEY Bertha M. Frenni   DEFT COUNSEL Samuel Rabin

DEFENDANT: (PRESENT)   NOT PRESENT   ON BOND   (IN CUSTODY)

REASON FOR HEARING Change of Plea to Count 1

RESULT OF HEARING Deft entered a plea of guilty to Count 1

JUDGMENT Court accepted plea & adjudged deft guilty to Ct 1

CASE CONTINUED TO 10-13-00 TIME 2:00 PM FOR Sentencing

MISC Written Plea Agreement

40