| | |
|---|---|
| UNITED STATES OF AMERICA, | **UNITED STATES DISTRICT COURT**<br>**SOUTHERN DISTRICT OF FLORIDA** |
| v. | Case No.:00-6089-CR-ROETTGER |
| ALEXANDRE PEREIRA, | **ORDER OF TRANSFER** |
| _____ Defendant. _____ / | JUL 2 8 2000 |

**GOOD CAUSE** appearing that defendant ALEXANDRE PEREIRA is also a defendant in Case No. 00-6042-CR-ZLOCH, or is otherwise subject to transfer in accordance with Local Rule 3.9. Therefore, pursuant to Local Rule 3.9 and subject to consent hereinbelow, it is

**ORDERED AND ADJUDGED** that the above cause be transferred to the calendar of the Honorable Judge Zloch for all further proceedings relating to defendant Alexandre Pereira.

**DONE AND ORDERED** in chambers at Fort Lauderdale, Florida, this **27** day of **July**, 2000.

NORMAN C. ROETTGER
UNITED STATES DISTRICT COURT JUDGE

After reviewing the court file, the undersigned accepts transfer of the cause of the above-named defendant. Therefore,

**THE FOREGOING** transfer is herewith accepted this **28th** day of **July**, 2000.

UNITED STATES DISTRICT COURT JUDGE

cc: counsel of record
    Bertha Mitrani, Esq., AUSA
    Samuel Rabin, Esq.
    Lucy Lara