UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6089-CR-ROETTGER

UNITED STATES OF AMERICA,

  Plaintiff,

v.

ALEXANDRE PEREIRA, et al.

  Defendants.
_____



### CERTIFICATION FOR TRANSFER

THIS CAUSE is before the Court upon the instructions of Administrative Order 2002-12 issued by William J. Zloch, Chief United States District Judge. The undersigned has reviewed the file in this cause and hereby certifies that all pending referred dispositive motions and all pending pretrial non-dispositive motions whereby she has been given the "Copy for Judge" have been ruled upon. Attached hereto is a report of the pending motions in this cause that the undersigned has not received, referred or otherwise. This is case is ready to be transferred to Barry S. Seltzer, United States Magistrate Judge.

  DONE AND SUBMITTED at Fort Lauderdale, Florida, this 5th day of June, 2002.

            _____
            LURANA S. SNOW
            UNITED STATES MAGISTRATE JUDGE

Copies to:
Norman C. Roettger, Jr., Senior United State District Judge
Barry S. Seltzer, United States Magistrate Judge
AUSA Bertha Mitrani (FTL)
Charles Jaffee, Esq.

` (As of Jun  4 20:51)                                              Page   1
                UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF FLORIDA
                            Motions for case: 0:00-cr-06089
                                      Defendant 0
                          Case Presider: Roettger, Norman C.

   ***************************************************************

   0:00cr06089 USA v. Pereira
               Case filed/reopened: 04/06/00          Clerk: mh

   By dft (2):  Steele, Robert
      Doc  # 29  to Modify Conditions of Bond
      Part #  1  Filed:   05/18/00

      Doc  # 51  to seal Motion for Continuance of Sentence
      Part #  1  Filed:   01/19/01